AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Patty Jo Sharp ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:16cv063 |
| ) | |
| Bank of America, Trans Union, LLC, ) | |
| Equifax Information Services, LLC, and ) | |
| Experian Information Solutions, Inc. ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Solutions, Inc.
c/o David N. Anthony, Registered Agent
Troutman Sanders, LLP
1001 Haxall Point
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
*CLERK OF COURT*

Date: FEB 01 2016

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Patty Jo Sharp )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>Bank of America, Trans Union, LLC, )<br>Equifax Information Services, LLC, and )<br>Experian Information Solutions, Inc. )<br>)<br>*Defendant(s)* ) | Civil Action No. 3:16cv063 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trans Union LLC
Corporation Service Company, Registered Agent
Bank of America Center 16th floor
1111 E. Main St.
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
*CLERK OF COURT*

Date: FEB 01 2016 _____
FILE COPY
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Patty Jo Sharp <br><br> *Plaintiff(s)* <br> v. <br> Bank of America, Trans Union, LLC, <br> Equifax Information Services, LLC, and <br> Experian Information Solutions, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:16cv063 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Equifax Information Services, LLC
Corporation Service Company, Registered Agent
Bank of America Center 16th floor
1111 E. Main St.
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo, Clerk*
*CLERK OF COURT*

Date: FEB 01 2016

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Patty Jo Sharp <br><br> *Plaintiff(s)* <br> v. <br> Bank of America, Trans Union, LLC, Equifax Information Services, LLC, and Experian Information Solutions, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16cv063 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America
c/o Office of the Secretary of the Commonwealth
Service of Process Department
Post Office Box 2452
Richmond, Virginia 23218-2452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
*CLERK OF COURT*

Date: FEB 01 2016          FILE COPY

*Signature of Clerk or Deputy Clerk*