**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**PATTY JO SHARP,**

    **Plaintiff,**

v.                                          Civil Action No. 3:16cv63

**BANK OF AMERICA, et al.**

    **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff Patty Jo Sharp and Defendants Bank of America and Trans Union, LLC, by counsel, hereby notify the Court that the aforementioned parties have settled Plaintiff's claims and are in the process of completing the necessary documents and filing of a notice of voluntary dismissal with prejudice as to these parties only, and not as to Equifax Information Services, LLC the remaining defendant following the conclusion of the settlement with the two other hereinabove set forth defendants. These parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                                       Respectfully submitted,
                                                       PATTY JO SHARP
                                                       By Counsel

   /s/
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (FAX)
dale@pittmanlawoffice.com

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J-Clyde Morris Boulevard
Suite 1-A
Newport News, Virginia 23601 (757) 930-3660
Telephone (757) 930-3662 – Facsimile
E-mail:  lenbennett@clalegal.com


Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, Virginia 23601 (757) 930-3660
Telephone (757) 930-3662 - Facsimile
E-mail: srotkis@clalegal.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of June, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Brian E. Pumphrey
>McGuire Woods, LLP
>Gateway Plaza
>800 Canal Street
>Richmond, VA 23219
>Email: bpumphrey@mcguirewoods.com
>
>Robert W. McFarland
>McGuire Woods, LLP
>101 W. Main Street
>Suite 9000
>Norfolk, VA 23510-1655
>Email: rmcfarland@mcguirewoods.com
>*Counsel for Bank of America*

Gibson S. Wright
Michael R. Ward
MORRIS & MORRIS, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA 23218
Email: gwright@morrismorris.com
Email: mward@morrismorris.com

Marc F. Kirkland
STRASBURGER & PRICE, LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Email: Marc.Kirkland@Strasburger.com
*Counsel for Trans Union, LLC*

John W. Montgomery, Jr.
JOHN W. MONTGOMERY, JR. ATTORNEY, PLC
2116 Dabney Road
Suite A-1
Richmond, VA 23230
Email: jmontgomery@jwm-law.com

N. Charles Campbell, II, Esq.
KING & SPAULDING, LLP
1180 Peachtree Street
Atlanta, GA 30309
Email: ccampbell@kslaw.com
*Counsel for Equifax Information Services, LLC*


  /s/_____
Dale W. Pittman, VSB #15673
Attorney for Patty Jo Sharp
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com